**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSUE BERNAL RODRIGUEZ,<br><br>　　　　Defendant. | Case No. 3:23-cr-00034-MMD-CLB<br><br>**Order for Issuance of Writ of Habeas Corpus Ad Prosequendum for Josue Bernal Rodriguez (ID #1285342)** |

　　Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

　　IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of JOSUE BERNAL RODRIGUEZ before the United States District Court at Reno, Nevada, on or about **Monday, December 2, 2024** at **10:00 am** for a sentencing hearing before United States District Judge Miranda M. Du and any further proceedings and from time to time and day to day, until completion of this federal prosecution and thereafter excused by the Court.

　　DATED: October 30, 2024

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HONORABLE CARLA L. BALDWIN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE